

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-18-00237-CR

Flanzo Lafonte **TOWNES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0764
Honorable Sid L. Harle, Judge Presiding

## O R D E R

On July 2, 2018, appellant filed a motion alleging the appellate record is incomplete. Specifically, appellant refers to the attachments to the Petition for Writ of Mandamus appellant filed on November 17, 2014. The attachments, which are referred to in the petition, are not included in the clerk's record. We therefore **ORDER** the trial court clerk to supplement the appellate record in this appeal **on or before July 15, 2018** with the attachments to the Petition for Writ of Mandamus filed on November 17, 2014, which is included in the clerk's record at pages 168 through 171.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court